```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                           CRIMINAL ACTION NO. 2:13-00272

**WILLIAM EDWARD RICHMOND**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On November 15, 2017, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, William Edward Richmond, appeared in person and by his counsel, Christian M. Capece, Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Clarence Nicely. The defendant commenced a 31-month term of supervised release in this action on July 10, 2017, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on April 27, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect: the defendant failed to report to the probation officer within 72 hours of release from custody from the Bureau of Prisons inasmuch as he was released from custody on July 10, 2017, and as of August 2, 2017, the defendant had not reported as required and had not contacted the probation office in any way, rendering his whereabouts unknown; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release. The court notes that the defendant's whereabouts continued to be unknown until October 11, 2017, when he was arrested out of the district in Virginia, throughout which he avoided participation in the Recovery Point 9 to 12 month residential program required as a condition of his supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FIVE (5) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: November 17, 2017

John T. Copenhaver, Jr.
United States District Judge